GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) (For Revocation of Probation or Supervised Release) |
| **v.** | ) |
| | ) |
| Timothy John Sallins | ) Case Number:    2:18CR00050-14 |
| | ) |
| | ) USM Number:    22762-021 |
| | ) |
| | ) James B. McGee, III |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of mandatory conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | December 2, 2021 |
| 2 | You unlawfully possessed a controlled substance (mandatory condition). | December 2, 2021 |
| 3 | You committed another federal, state, or local crime (mandatory condition). | August 11, 2021 |
| 4 | You unlawfully possessed a controlled substance (mandatory condition). | August 11, 2021 |
| 5 | You committed another federal, state, or local crime (mandatory condition). | August 19, 2021 |
| 6 | You unlawfully possessed a controlled substance (mandatory condition). | August 19, 2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 4330

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:

Townsend, Georgia

June 4, 2026
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 4, 2026
Date

GAS 245D    Judgment in a Criminal Case for Revocations                                    Judgment — Page 2 of 2

DEFENDANT:          Timothy John Sallins
CASE NUMBER:        2:18CR00050-14

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months and 1 day.  It is the intention of the Court that the defendant receive credit for time served in federal custody awaiting revocation proceedings.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
It is strongly recommended that the defendant receive a full medical evaluation before being placed at a medical facility such as the Federal Medical Center Butner at the Butner Federal Correctional Complex.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL